UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID ANTONIO PEREZ-ESCOBAR, <br><br> Petitioner, <br><br> v. <br><br> ANTONE MONIZ, *et al.*, <br><br> Respondents. | No. 25-cv-11781-PBS |

### RESPONSE TO COURT ORDER (Doc. No. 19)

Pursuant to the Court's Order (Doc. No. 19), Respondents file the following supplemental documents:

- **Exhibit 1:** Order of Removal

- **Exhibit 2:** Notice of Intent/Decision to Reinstate Prior Order

- **Exhibit 3:** Order of Supervision

- **Exhibit 4:** Form I-299(b)

- **Exhibit 5:** Notice of Revocation of Release

- **Exhibit 6:** Alien Informal Interview Upon Revocation of Order of Supervision Under 8 C.F.R. § 231.4(l); 8 C.F.R. § 241.13(i)

Dated: July 18, 2025                                  Respectfully submitted,

                                                      LEAH B. FOLEY
                                                      United States Attorney

                                         By:  /s/ Julian N. Canzoneri
                                              Julian N. Canzoneri
                                              Assistant U.S. Attorney
                                              U.S. Attorney's Office
                                              John Joseph Moakley U.S. Courthouse
                                              One Courthouse Way, Suite 9200
                                              Boston, Massachusetts 02210
                                              (617) 748-3170
                                              julian.canzoneri@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on July 18, 2025.

                                              /s/ Julian N. Canzoneri
                                              Julian N. Canzoneri
                                              Assistant U.S. Attorney